## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SERGIO ARREOLA-OVIEDO,**

      **Petitioner,**                          **CASE NO. 2:09-CV-0393**
                                                **CRIM. NO. 2:08-CR-026**
      **v.**                                          **JUDGE SMITH**
                                                  **MAGISTRATE JUDGE ABEL**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## OPINION AND ORDER

On February 23, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

      **IT IS SO ORDERED.**

                                                                       *\s\ George C. Smith*
                                                              **GEORGE C. SMITH, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**